Decided September 17, 1992

STATE OF CONNECTICUT *v.* DONALD CHAPMAN

The state of Connecticut's petition for certification for appeal from the Appellate Court, 28 Conn. App. 360, is granted, limited to the following issues:

"1. Did the Appellate Court correctly conclude that the statutory alternative analysis set forth in *State* v.

*Williams,* 202 Conn. 349, 363–64 (1987), applied to alternative language occurring within the same statutory subsection and that the trial court's instruction permitted the jury to consider a separate and distinct theory of criminal liability?

"2. Was the Appellate Court correct in its failure to consider whether any error in the trial court's charge was harmless beyond a reasonable doubt?"

*Lawrence J. Tytla,* assistant state's attorney, in support of the petition.

*Ira B. Grudberg* and *Thomas W. Ude, Jr.,* in opposition.

Decided September 17, 1992